# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> JOHN DOE, *et al.,* <br><br> *Defendants.* | Case No. 1:19-cv-519 (LO/TCB) |

## ORDER

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Theresa C. Buchanan, dated December 9, 2019, Dkt. 31, on Plaintiff's Motion for Entry of Default Judgment Against Defendant Bob Rhyne a/k/a Robert Rhyne, Dkt. 25. The defendant did not object to the R&R. Having reviewed the pleadings and the record this Court finds good cause to **ADOPT** the findings, conclusions, and recommendation of the R&R.

Accordingly, for the reasons stated by Judge Buchanan and for good cause shown, Plaintiff's Motion for Default Judgment Against Defendant Bob Rhyne a/k/a Robert Rhyne is **GRANTED**. Default judgment shall enter in favor of Plaintiff Malibu Media, LLC, and against Defendant Bob Rhyne, in the total amount of $6,545.00, comprised of $6,000.00 in statutory damages and $545.00 in costs. It is further **ORDERED** that:

(1) Defendant Bob Rhyne is permanently enjoined from infringing in any way on Plaintiff's copyrighted works by any method, distributing the works, or making the works available for distribution to the public (except pursuant to a lawful license or with express authority from Plaintiff), and

(2) Defendant Bob Rhyne permanently remove and destroy all digital media files relating to Plaintiff's works and the infringing copies of Plaintiff's works that he has on any computer, device, or any other physical medium within his possession, custody, or control.

The Clerk shall provide a copy of this Order and the Judgment to all counsel of record and the *pro se* Defendant.

It is **SO ORDERED**.

January 2, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge